UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SURGERY GROUP OF LOS ANGELES, PC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITEDHEALTHCARE, INC. and DOES 1-10,<br><br>　　　　　Defendant. | CV 19-06242-RSWL (KSx)<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff The Surgery Group of Los Angeles, PC ("Plaintiff") initiated this Action in state court [1-1] on May 17, 2019.  Defendant UnitedHealthcare, Inc. ("Defendant") removed the Action [1] on July 19, 2019. The Final Pretrial Conference is set for December 15, 2020, and Plaintiff has failed to file the required documents in accordance with Local Rules 16-4, 16-5, 16-6, and 16-7.  The Court **ORDERS** Plaintiff to show cause **within fourteen (14) days** as to why this Action should

1

1 | not be dismissed for lack of prosecution.  In
2 | addition,  the Court **VACATES** the Final Pretrial
3 | Conference.
4 |
5 |     **IT IS SO ORDERED.**
6 | DATED: December  8 , 2020     /s/ Ronald S.W. Lew
7 |                               **HONORABLE RONALD S.W. LEW**
  |                               Senior U.S. District Judge