Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff
The Surgery Group of Los Angeles

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Surgery Group of Los Angeles<br><br>Plaintiff,<br><br>v.<br><br>United Healthcare, Inc. and Does 1- 10<br><br>Defendant | Case No.: 2:19-cv-06242-RSWL<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE COURT having reviewed the Parties' Proposed Stipulation for Voluntary Dismissal Without Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the Case is dismissed without prejudice in accordance with the terms of the stipulation with each party to bear their respective costs and fees.

BY THE COURT:

DATE: 12/29/2020

_____Ronald S.W. Lew_____
Hon. Ronald S. Lew